UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD L. BASKIN,
    Plaintiff,

vs.                                         Case No.: 3:21cv691/LAC/EMT

T. TRAINER, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). Plaintiff did not pay the filing fee or file a motion to proceed in forma pauperis (IFP); therefore, on April 26, 2021, the court entered an order directing Plaintiff to either pay the filing fee or file an IFP motion within thirty days (ECF No. 3). The court directed the clerk of court to send Plaintiff the correct set of forms for filing an IFP motion (*id.*). The court notified Plaintiff that his failure to comply with the court's order as instructed likely would result in a recommendation of dismissal of this case (*id.* at 2).

After Plaintiff failed to comply within the time allowed, the court entered an order on June 4, 2021, directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (ECF No. 6). The court notified Plaintiff that his failure to comply with the order would

result in a recommendation that the case be dismissed (*id.*).   The court subsequently extended the response deadline to July 22, 2021 (*see* ECF No. 7).   That deadline has passed, and Plaintiff has not paid the filing fee or filed an IFP motion.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 3rd day of August 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.   *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 3:21cv691/LAC/EMT